UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ERIKA A. MIELKE,

                **Plaintiff,**

                v.                                  Civil No. 07-380-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                **Defendant.**

## JUDGMENT

This action is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Court's Order of February 26, 2008.

Dated: March __2__, 2008.


                                /s/ Ann Aiken
                            **United States District Judge**

**JUDGMENT**                                        **DOCUMENT NO:** _____